# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| ADELAIDA RUELAS | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:12cv729 |
| | § | (Judge Mazzant) |
| WAL-MART IN ITS ASSUMED NAME | § | |
| OR COMMON NAME INCLUDING | § | |
| WAL-MART STORES TEXAS, L.P., ET AL. | § | |

## ORDER OF DISMISSAL

Now before the Court is the parties' Stipulation of Dismissal of Defendant (Dkt. #27). The Court finds that the Stipulation of Dismissal of Defendant should be granted.

It is hereby **CONSIDERED, ORDERED** and **ADJUDGED** that the above titled and numbered cause of action is **DISMISSED** with prejudice, with each party to pay their own costs and attorneys' fees.

All relief not previously granted is **DENIED**.

**SIGNED this 8th day of January, 2014.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE